RECEIVED

JUL 9 - 2009

UNITED STATES MAGISTRATE JUDGE
SPOKANE, WASHINGTON

## Jeffry K Finer, PS

WEST 35 MAIN • SUITE 300
SPOKANE, WASHINGTON • 99201
509 835-5211 • JEFFRY@FINER-BERING.COM

July 9, 2009

Honorable Cynthia Imbrogno
United States District Court
920 W. Riverside, Room 840
Spokane, WA 99201

Dear Magistrate Imbrogno:

I write to clarify the purpose of my presence at Mr. Thompson's arraignment this afternoon. At a point in the proceedings, the Assistant United States Attorney noted that I was present on behalf of the Zehm's Estate's Civil Rights Suit and stated that the family may wish to address the release issues before you. You indicated you did not want to hear from me.

The reason I was in court, representing the Zehm Estate's Civil Rights Suit, was to honor a commitment to Ann Zehm, the alleged victim's mother. Ms. Zehm's health and mobility are compromised. She relies, therefore, on counsel to observe the proceedings and to advocate on any matter that touches upon her son and the Estate. She has expressed concern in the past that her views not be lost in the coming court proceedings. As her views are not inappropriate, inflammatory, or lengthy, her counsel have assured Ms. Zehm that she will have opportunities to have her views known at all appropriate times.

It was not my intention to interject any inappropriate matter, nor challenge the parties or the Court on the proceedings. I was there simply to be heard if there were matters touching upon the conditions of release.

Based on 18 U.S.C. § 3771(a)(4) and (d)(1), I believe counsel would have the right to be reasonably heard on the issues affecting the conditions of release.

I recognize that Crime Victims rights under the statute are quite limited and enforcement even more so. And I hasten to add that there is no aspect of the Court's final determination with which the family takes issue. But I was concerned that the Court took it as inappropriate that the Estate's lawyer was on hand and offering to speak. I meant no offense.

Respectfully submitted,

Jeffry K. Finer

cc: Carl Oreskovich, Counsel for accused
    Tim Durkin, AUSA