UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARL F. THOMPSON, JR., ) <br> ) <br> Defendant. ) <br> ———————————————— ) | No. CR-09-088-FVS <br><br> ORDER GRANTING UNOPPOSED <br> MOTION TO MODIFY CONDITIONS <br> OF RELEASE |

Before the court is Defendant's unopposed Motion to modify conditions of release to allow travel.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 469)** is **GRANTED.** Defendant is allowed to travel as follows:

1. To Shoshone County in Northern Idaho;

2. To Southern California between September 10, 2010, through September 13, 2010; and

3. As authorized by Pretrial Services.

All other terms and conditions of the Defendant's release shall remain in effect.

DATED August 19, 2010.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING CJA COUNSEL - 1