UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

KARL F. THOMPSON, JR.,

              Defendant.

No. CR-09-88-FVS

ORDER RE MOTION TO CHANGE VENUE

**THIS MATTER** having come before the Court on September 29, 2011, and October 4, 2011, based upon the defendant's motion to change venue; Now, therefore

    **IT IS HEREBY ORDERED:**

    The Court reserves ruling with respect to the defendant's motion to change venue (**ECF No. 567**).  However, trial will take place in the William O. Douglas Courthouse in Yakima, Washington.  Prospective jurors will be summoned from Division B.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this ___5th___ day of October, 2011.

                    _____s/ Fred Van Sickle_____
                      Fred Van Sickle
           Senior United States District Judge

ORDER - 1