UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. CR-09-88-FVS |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTIONS TO MOVE TRIAL LOCATION |
| KARL F. THOMPSON, JR., | |
| Defendant. | |

**THIS MATTER** having come before the Court on October 6, 2011, based upon the government's motion for reconsideration of the Court's prior order moving the trial to the William O. Douglas Courthouse in Yakima, Washington; the Court having considered both the arguments of counsel for the parties and the arguments of counsel for the family of Otto Zehm; and the Court having weighed the advantages and disadvantages of moving the trial back to Spokane; Now, therefore

**IT IS HEREBY ORDERED:**

1. The government's motion to expedite (**ECF No. 607**) is **granted.**

2. The government's motion for reconsideration (**ECF No. 605**) is **denied.**

3. The government's supplemental motion for reconsideration (**ECF No. 609**) is **denied.**

4. For the reasons explained by the Court during the hearing on

ORDER - 1

Case 2:09-cr-00088-FVS    Document 620    Filed 10/06/11

October 6, 2011, the Court declines to shift the location of the trial from Yakima, Washington, to Spokane, Washington.

5. Trial will begin on October 12, 2011, in the William O. Douglas United States Courthouse in Yakima, Washington.  Contrary to the schedule previously released by the Court, **Friday, October 14th will be a trial day**.  An amended schedule is attached to this order.

6.  On October 12, 2011, the Court will meet with counsel at 9:00 a.m.  Jury selection will begin at 10:00 a.m.

7. Prior to the beginning of trial each day, the District Court Executive shall connect, via video-conference, the trial courtroom in the William O. Douglas United States Courthouse in Yakima, Washington to a courtroom in the Thomas Foley Courthouse in Spokane, Washington, to allow the Otto Zehm family, their counsel, and interested members of the public to observe the trial.

8. The District Court Executive shall take such steps as are necessary to ensure that persons viewing the trial in a Spokane courtroom comply with the Local Rules of the Eastern District of Washington and the orders this Court has entered in the above-entitled action.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of October, 2011.

                 s/ Fred Van Sickle
                 Fred Van Sickle
      Senior United States District Judge

ORDER - 2

AMENDED
**Trial Schedule**    CR-09-088-FVS

**Mon Oct 10 – Sun Oct 16, 2011 (Pacific Time)**

| | Mon 10/10 | Tue 10/11 | Wed 10/12 | Thu 10/13 | Fri 10/14 |
|---|---|---|---|---|---|
| | Columbus Day | | | | |
| 7am | | | | | |
| 8am | | | | | Day 3 (2-20 Min Breaks)<br>8am - 2pm |
| 9am | | | Day 1 Jury Selection<br>9am - 4:30pm | Day 2 - Opening Statements/ Evd<br>9am - 4:30pm | |
| 10am | | | | | |
| 11am | | | | | |
| 12pm | | | | | |
| 1pm | | | | | |
| 2pm | | | | | |
| 3pm | | | | | |
| 4pm | | | | | |
| 5pm | | | | | |

**Trial Schedule**  Mon Oct 17 – Sun Oct 23, 2011 (Pacific Time)

| | Mon 10/17 | Tue 10/18 | Wed 10/19 | Thu 10/20 | Fri 10/21 |
|---|---|---|---|---|---|
| 7am | | | | | |
| 8am | | | | | Day 8 (2-20 Min Breaks) 8am - 2pm |
| 9am | Day 4 (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 5 (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 6 (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 7 (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | |
| 10am | | | | | |
| 11am | | | | | |
| 12pm | | | | | |
| 1pm | | | | | |
| 2pm | | | | | |
| 3pm | | | | | |
| 4pm | | | | | |
| 5pm | | | | | |
| 6pm | | | | | |

**Trial Schedule**  Mon Oct 24 – Sun Oct 30, 2011 (Pacific Time)

| | Mon 10/24 | Tue 10/25 | Wed 10/26 | Thu 10/27 | Fri 10/28 |
|---|---|---|---|---|---|
| | | | | | No Trial |
| 7am | | | | | |
| 8am | | | | Day 12 (2-20 Min Breaks) 8am - 2pm | |
| 9am | Day 9 (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 10 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 11 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | | |
| 10am | | | | | |
| 11am | | | | | |
| 12pm | | | | | |
| 1pm | | | | | |
| 2pm | | | | | |
| 3pm | | | | | |
| 4pm | | | | | |
| 5pm | | | | | |

**Trial Schedule** — **Mon Oct 31 – Sun Nov 6, 2011 (Pacific Time)**

| Time | Mon 10/31 | Tue 11/1 | Wed 11/2 | Thu 11/3 | Fri 11/4 |
|---|---|---|---|---|---|
| | | | | | No Trial |
| 8am | | | | Day 16 (2-20 Min Breaks) 8am - 2pm | |
| 9am – 4:30pm | Day 13 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 14 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 15 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | | |

**Trial Schedule**  **Mon Nov 7 – Sun Nov 13, 2011 (Pacific Time)**

| | Mon 11/7 | Tue 11/8 | Wed 11/9 | Thu 11/10 | Fri 11/11 |
|---|---|---|---|---|---|
| | | | | | Vetrans Day |
| 7am | | | | | |
| 8am | | | | Day 20 (2-20 Min Breaks) 8am - 2pm | |
| 9am | Day 17 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 18 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | Day 19 - (2-15 min breaks; 1 hr 15 min lunch) 9am - 4:30pm | | |
| 10am | | | | | |
| 11am | | | | | |
| 12pm | | | | | |
| 1pm | | | | | |
| 2pm | | | | | |
| 3pm | | | | | |
| 4pm | | | | | |
| 5pm | | | | | |

**Trial Schedule** — Mon Nov 14 – Fri Nov 18, 2011 (Pacific Time)

| | Mon 11/14 | Tue 11/15 | Wed 11/16 | Thu 11/17 | Fri 11/18 |
|---|---|---|---|---|---|
| 7am | | | | | |
| 8am | | | **Day 23 (2-20 Min Breaks)** 8am - 2pm | | |
| 9am | **Day 21 - (2-15 min breaks; 1 hr 15 min lunch)** 9am - 4:30pm | **Day 22 - (2-15 min breaks; 1 hr 15 min lunch)** 9am - 4:30pm | | | |
| 10am | | | | | |
| 11am | | | | | |
| 12pm | | | | | |
| 1pm | | | | | |
| 2pm | | | | | |
| 3pm | | | | | |
| 4pm | | | | | |
| 5pm | | | | | |