UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>KARL F. THOMPSON, JR.,<br><br>                    Defendant. | No. CR-09-88-FVS<br><br>ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL |

**THIS MATTER** having come before the Court on December 19, 2011, based upon the defendant's "Motion for Judgment of Acquittal"; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Judgment of Acquittal" (**ECF No. 784**) is **denied** for the reasons indicated by the Court at the conclusion of the hearing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___20th___ day of December, 2011.

                    s/Fred Van Sickle
                    Fred Van Sickle
            Senior United States District Judge

ORDER - 1