UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>KARL F. THOMPSON, JR.,<br><br>                    Defendant. | No. CR-09-88-FVS<br><br>ORDER RE THE "UNITED STATES' MOTION FOR RECONSIDERATION" AND THE "DEFENDANT'S OBJECTION" |

**THIS MATTER** comes before the Court without oral argument based upon both the "United States' Motion for Reconsideration" and "Defendant's Motion to Strike."  The United States is represented by Timothy M. Durkin, Aine Ahmed, Joseph H. Harrington, and Victor Boutros.  The defendant is represented by Carl J. Orekovich and Courtney A. Garcea.

**BACKGROUND**

On September 21, 2012, the Court set November 15th as the date for the defendant's sentencing.  At the same time, the Court established a briefing schedule.  The purpose of the schedule was to facilitate the orderly presentation of motions, objections and evidence.  Responses were due on October 22nd.  Replies were due on October 29th.  On October 29th, the United States filed a memorandum.

Order - 1

Apparently, the United States intended to attach a number of exhibits

to it.  For reasons that are not clear, the United States did not

attach the exhibits that were cited in the body of the memo.  On

November 5th, the United States filed a memorandum that reiterated

objections and arguments it had made earlier.  The United States

attached six exhibits.  Three of the exhibits are declarations from

physicians.  The defendant objected to the untimely disclosure of the

exhibits, especially the declarations, and moved to strike them.  On

November 9th, the Court granted his motion.  On November 12th and

November 13th, the United States filed the exhibits that were referred

to in the body of its memo of October 29th.  On November 13th, the

United States moved for reconsideration of the Court's order of

November 9th, *i.e.*, the order striking untimely evidence.  The same

day, the defendant again objected to the United States' untimely

submissions.  Both the United States' reconsideration motion (ECF No.

1138) and the defendant's objection (ECF No. 1147) are ready for

resolution.

**RULING**

This order concerns the admissibility of the declarations,

exhibits, and other evidentiary materials that were filed by the

United States on November 5th, 12th, and 13th.  The Court will

consider information of which the defendant was aware on October 29th,

Order - 2

*i.e.*, the deadline for filing replies.  For example, the Court will

consider information that was disclosed to the defendant by the United

States prior to trial.  Similarly, the Court will consider evidence

that was part of the record as of October 29th.  This includes expert

opinions that were admitted at trial.  By contrast, the Court will not

consider information that was first disclosed to the defendant after

October 29th.  This includes expert opinions.

   **IT IS HEREBY ORDERED:**

   1. The "United States' Motion to Expedite" (**ECF No. 1139**) is

granted.

   2. The "United States' Motion for Reconsideration" (**ECF No. 1138**)

is granted in part and denied in part.

   3. The "Defendant's Objection" (**ECF No. 1147**) is granted in part

and denied in part.

   **IT IS SO ORDERED.**  The District Court Executive is hereby

directed to enter this order and furnish copies to counsel.

   **DATED** this __14th__ day of November, 2012.

                          s/ Fred Van Sickle
                            Fred Van Sickle
                 Senior United States District Judge

Order - 3